IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA WILCOXSON,<br><br>  Plaintiff,<br><br>V.<br><br>PHYSICIANS AESTHETICS ACADEMY, LLC et. al.,<br><br>  Defendants. | CIVIL ACTION NO.<br>1:19-cv-01041-SCJ |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiff submits this motion for attorneys' fees and litigation costs pursuant to Federal Rule 54(d).  Plaintiff seeks an award of attorneys' fees in the amount of $130,920 and costs in the amount of $5,185.15.

The Court entered orders approving settlement of Plaintiff's FLSA back wages in this matter on November 23, 2020 and further directing Plaintiff to file this petition within forty-five (45) days.  As a result of the Court's finding of FLSA liability and the parties' settlement of Plaintiff's claims, Plaintiff is a prevailing party entitled to an award of reasonable fees and costs pursuant to 29 U.S.C. § 216(b) ("The court in such action shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant,

and costs of the action.")

Contemporaneously with this Motion, Plaintiff files and serves a detailed specification and itemization of the requested award, with appropriate declarations and supporting documentation.

**WHEREFORE**, Plaintiff prays that the Court order that Defendant pay Plaintiff's legal fees and costs as set forth above.

Submitted: January 7, 2021.

                                                 /s/ Andrew Y. Coffman
                                                 Andrew Y. Coffman

**PARKS, CHESIN & WALBERT, P.C.**   Georgia Bar No. 173115
75 Fourteenth Street, 26th Floor         acoffman@pcwlawfirm.com
Atlanta, GA 30309
Telephone: 404-873-8000
Facsimile:  404-873-8050

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE AND FONT CERTIFICATION

I certify that on January 7, 2021, ***Motion for Attorneys' Fees and Costs*** was electronically filed with the Clerk of Court using the CM/ECF system, which will send e-mail notification to all attorneys of record.

I further certify that this document was prepared with Times New Roman 14-point font pursuant to Northern District of Georgia Local Rules 7.1 and 5.1C.

_____
Andrew Y. Coffman